PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Giovani Cordero-Rivera  **Docket Number:** 09CR359-001
**PACTS Number:** 047670

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 06/28/2006

**Original Offense:** Robbery

**Original Sentence:** 30 months imprisonment; 3 years supervised release

**Type of Supervision:** 3 years supervised release   **Date Supervision Commenced:** 11/19/07

**Assistant U.S. Attorney:** Randall H. Cook, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine, Gauli-Rufo 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 9, 2009, the offender was arrested by the United States Postal Inspectors for conspiracy to possess with intent to distribute 500 grams of cocaine. He remains in federal custody. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 6/12/09

PROB 12C - Page 2
Giovani Cordero-Rivera

THE COURT ORDERS:

[x] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/12/09
_____
Date