UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

     :      **ORDER**

     v.      :

     :

GIOVANI CORDERO-RIVERA      :      Crim. No. 09-359 (SRC)

This matter having been opened to the Court upon the application of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Giovani Cordero-Rivera ("Defendant") (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing for Defendant); and the parties having consented; and for good cause shown,

IT IS on this 7 day of July, 2009

ORDERED that, the hearing on Defendant's violation of supervised release is hereby ADJOURNED until further order of the Court; and it is further,

ORDERED that, Defendant shall continue compliance with all requirements imposed as conditions of Defendant's current supervised release.

HONORABLE STANLEY R. CHESLER
United States District Judge