UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| GIOVANNI CORDERO-RIVERA : | Crim. No. 09-359 (KSH) |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Giovanni Cordero-Rivera ("Defendant") (Lorraine Gauli-Rufo, Esq., appearing); and this matter having been transferred to this Court on February 1, 2010; and Defendant having pled guilty on February 1, 2010, to the violation alleged in the Petition filed by the United States Probation Office for the District of New Jersey on June 12, 2009; and the Court having considered the arguments of counsel for the parties on February 1, 2010, and for good cause shown,

IT IS on this 18 day of February, 2010

**ORDERED** that, Defendant's supervised release is hereby **REVOKED**; and it is further,

**ORDERED** that, Defendant shall be remanded to the custody of the United States Bureau of Prisons to serve a term of imprisonment of 12 months; and it is further,

**ORDERED** that, Defendant's sentence in this matter shall run consecutive with the sentence of 12 months and one day, imposed by this Court in connection with Defendant's plea of guilty in Crim. No. 09-765.

HONORABLE KATHARINE S. HAYDEN
United States District Judge